**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>    vs. )<br> )<br>DANNY COCKERHAM, )<br>    Defendant ) | 2:15-cr-00014-JMS-CMM-1 |

**REPORT AND RECOMMENDATION**

On March 27, 2025, the Court held an initial and final hearing on the Petition for Warrant/Violation for Offender Under Supervision filed on November 13, 2024 [Dkt. 11]. Danny Cockerham ("Defendant") appeared with FCD counsel, Gwendolyn Beitz on behalf of Dominic Martin. The Government appeared by Meredith Wood, Assistant United States Attorney. U. S. Probation appeared by Officer Jennifer Considine.

Ms. Beitz advised the Court on the record that the defendant has since received a conviction in the Pike County Circuit Court. The defendant has completed the court's sentence. The parties advised the Court at the outset of the hearing that a proposed agreement was reached by which the defendant would admit to Violation Number 1 and Violations 2 and 3 would be dismissed by the United States.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

1.      The defendant was advised that on November 13, 2024, this matter had been referred by the District Judge and that the District Judge has final authority whether to accept, reject, or modify the magistrate judge's recommendation.

2.      After being placed under oath, Defendant advised that he consented to the proposed agreement, had sufficient opportunity to consult with counsel, and was satisfied with his representation.  Defendant admitted Violation 1.

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

**VIOLATION
NUMBER    NATURE OF NONCOMPLIANCE**

1.      "The defendant shall not commit another federal, state, or local crime."

On November 4, 2024, Mr. Cockerham was arrested and charged in Pike County, Indiana, with Failure to Register as a Sex or Violent Offender, Level 6 Felony.

4.      The parties stipulated that:

(a)     The highest grade of violation is a Grade **B** violation.

(b)     Defendant's criminal history category is **II**.

(c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is **6-12** months imprisonment.

5.      The Magistrate Judge, having considered the factors in 18 U.S.C. §3553(a), and as more fully set forth on the record, finds that:

(a)     The Defendant violated the supervised release condition as alleged in Violation 1;

(b)     Consistent with the parties' agreement, the Magistrate Judge recommends that the defendant be sentenced to the custody of the U.S. Bureau of Prisons for a period of 8 months and further recommends placement at Knox County Jail (as requested by defendant).  Previously imposed lifetime term of supervised release will continue upon release;

(c)     That the agreement of the parties is an appropriate resolution of this

matter and the agreement is commended to the favorable consideration of the District Judge with the Magistrate Judge's recommendation for sentencing.

Defendant shall remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the 14-day objection period to file objections for the consideration of the District Judge.


Dated:  March 27, 2025

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:  All ECF-registered counsel of record via email generated by the court's ECF system

3